# EXHIBIT A

RUBIN, GLICKMAN,
STEINBERG & GIFFORD, P.C.
215.822.7575

JAY C. GLICKMAN
MARC ROBERT STEINBERG
GREGORY R. GIFFORD
WILLIAM E. MOORE
MATTHEW TAYLOR WILKOV

LEWIS GOODMAN
OF COUNSEL

IRWIN S. RUBIN
(1915 - 2008)

AMY R. STERN
JOHN H. FILICE
JOSEPH P. BIRMINGHAM

attorneys@rgsglaw.com
www.rgsglaw.com
FAX 215.822.1713

MAILING ADDRESS
P.O. BOX 1277
LANSDALE, PA 19446-0726

OFFICE ADDRESS
2605 NORTH BROAD ST.
COLMAR, PA 18915

NEWTOWN ADDRESS
(BY APPOINTMENT ONLY)
12 PENNS TRAIL SUITE 145
NEWTOWN, PA 18940

September 10, 2025

FILE NO.
42,032

***VIA CERTIFIED MAIL***
***# 9589 0710 5270 1744 5841 05***
***RETURN RECEIPT REQUESTED AND***
***U.S. FIRSTCLASS REGULAR MAIL***

RECEIVED
SEP 16 2025
PRESCRIPTION RECORD SERVICE CENTER

CVS Health Corporation
1 CVS Drive
Woonsocket, RI 02895

**Re: Susan Hanna v. CVS Pharmacy Inc., et al.**
**No.: 2025-22446**

Dear Sir or Madam:

Enclosed please find, as service upon you, a time-stamped copy of the Entry of Appearance and Civil Complaint which was filed with the Montgomery County Prothonotary's Office on September 8, 2025 with regard to the above-captioned matter

If you are represented by an attorney, please have him/her call me at their earliest convenience.

Thank you for your courtesy and cooperation.

Very truly yours,

RUBIN, GLICKMAN, STEINBERG AND GIFFORD

WILLIAM E. MOORE

WEM:jam
Enclosures
cc: Susan Hanna (w/enc.)

Case# 2025-22446-1 Docketed at Montgomery County Prothonotary on 09/08/2025 3:10 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| SUSAN HANNA<br>vs.<br>CVS PHARMACY INC<br>CVS HEALTH CORPORATION<br>PENNSYLVANIA CVS PHARMACY LLC<br>PENNSYLVANIA CVS PHARMACY LLC #02479<br>INDIVIDUALLY AND DBA CVS PHARMACY LLC #02479 | **NO. 2025-22446** |

## PRAECIPE FOR APPEARANCE

TO THE PROTHONOTARY:

Please enter my appearance for

SUSAN HANNA

in the above case.

Date: 09/08/2025

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

WILLIAM B MOORE, ESQ.
Filing Party

41377
ID Number

RUBIN GLICKMAN STEINBERG AND GIFFORD PC
Firm Name

PO BOX 1277
Address

LANSDALE, PA 19446

(215) 822-7575
Phone

Case# 2025-22446-1 Docketed at Montgomery County Prothonotary on 09/08/2025 3:10 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**RUBIN, GLICKMAN, STEINBERG AND GIFFORD, P.C.**
By: William E. Moore, Esquire
Attorney ID No: 41377
2605 North Broad Street
P. O. Box 1277
Lansdale, PA 19446-0726
215-822-7575
wem@rgsglaw.com

Attorney for Plaintiff

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**
**CIVIL ACTION - LAW**

SUSAN HANNA
472 Store Road
Harleysville, PA 19438
Plaintiff,

v.

CVS Pharmacy Inc.
1 CVS Drive
Woonsocket, RI 02895

and

CVS Health Corporation
1 CVS Drive
Woonsocket, RI 02895

and

Pennsylvania CVS Pharmacy LLC
1 CVS Drive
Woonsocket, RI 02895

and

Pennsylvania CVS Pharmacy LLC #02479,
Individually and d/b/a CVS Pharmacy LLC
#02479
409 Harleysville Pike
Souderton, PA 18964

Defendants.

No. 2025-22446

JURY TRIAL DEMANDED

Case# 2025-22446-1 Docketed at Montgomery County Prothonotary on 09/09/2025 3:10 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of the Plaintiff, Susan Hanna, in the above-captioned matter.

Respectfully submitted,

RUBIN, GLICKMAN, STEINBERG AND GIFFORD, P.C.

By: ______________________
William E. Moore, Esquire
Attorney for Susan Hanna, Plaintiff.

Dated: September 8, 2025

Case# 2025-22446-0 Docketed at Montgomery County Prothonotary on 09/09/2025 2:20 PM, Fee = $303.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

SUSAN HANNA

vs.

CVS PHARMACY INC

NO. 2025-22446

NOTICE TO DEFEND – CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA

19404-0268 (610) 279-9660, EXTENSION 201

Case# 2025-22446-0 Docketed at Montgomery County Prothonotary on 09/08/2025 2:20 PM, Fee = $303.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

SUSAN HANNA

vs.

CVS PHARMACY INC

NO. 2025-22446

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: WILLIAM E MOORE, ESQ., ID: 41377

Self-Represented (Pro Se) Litigant [ ]

Class Action Suit [ ] Yes [X] No

MDJ Appeal [ ] Yes [X] No

Money Damages Requested [X]

Commencement of Action:

Complaint

Amount in Controversy:

More than $50,000

## Case Type and Code

Tort:

Premises Liability

Other:

Case# 2025-22446-0 Docketed at Montgomery County Prothonotary on 09/08/2025 2:20 PM, Fee = $303.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**RUBIN, GLICKMAN, STEINBERG AND GIFFORD, P.C.**
By: William E. Moore, Esquire
Attorney ID No: 41377
2605 North Broad Street
P. O. Box 1277
Lansdale, PA 19446-0726
215-822-7575
wem@rgsglaw.com

Attorney for Plaintiff

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**
**CIVIL ACTION - LAW**

SUSAN HANNA
472 Store Road
Harleysville, PA 19438
Plaintiff,

v.

CVS Pharmacy Inc.
1 CVS Drive
Woonsocket, RI 02895

and

CVS Health Corporation
1 CVS Drive
Woonsocket, RI 02895

and

Pennsylvania CVS Pharmacy LLC
1 CVS Drive
Woonsocket, RI 02895

and

Pennsylvania CVS Pharmacy LLC #02479,
individually and d/b/a CVS Pharmacy LLC
#02479
409 Harleysville Pike
Souderton, PA 18964

Defendants.

No.

JURY TRIAL DEMANDED

Case# 2025-22446-0 Docketed at Montgomery County Prothonotary on 09/08/2025 2:20 PM, Fee = $303.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## COMPLAINT

TO THE HONORABLE, THE JUDGES OF THE SAID COURT:

Plaintiff, Susan Hanna, by and through her attorney, William E. Moore, brings this action at law and respectfully represents:

### The Parties

1. Plaintiff, Susan Hanna, is an adult individual residing at 472 Store Road, Harleysville, Montgomery County, Pennsylvania.

2. Defendant, CVS Pharmacy Inc. is a foreign corporation authorized to conduct business in Pennsylvania, which regularly conducts business and maintains retail pharmacies throughout Montgomery County, including the store located at 409 Harleysville Pike, identified as Store Number 02479.

3. Defendant, CVS Health Corporation is a foreign corporation authorized to conduct business in Pennsylvania, which regularly conducts business and maintains retail pharmacies throughout Montgomery County, including the store located at 409 Harleysville Pike, identified as Store Number 02479.

4. Defendant, Pennsylvania CVS Pharmacy LLC is a foreign entity authorized to conduct business in Pennsylvania, which regularly conducts business and maintains retail pharmacies throughout Montgomery County, including the store located at 409 Harleysville Pike, identified as Store Number 02479.

5. Defendant, Pennsylvania CVS Pharmacy LLC #02479, individually and d/b/a CVS Pharmacy LLC #02479 is a foreign entity conducting business in Pennsylvania, which includes a retail pharmacy store located at 409 Harleysville Pike, identified as Store Number 02479.

Case# 2025-22446-0 Docketed at Montgomery County Prothonotary on 09/08/2025 2:20 PM, Fee = $303.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

6. At all times relevant hereto, Defendants were in exclusive possession, maintenance, management, and control of the CVS retail store building and grounds located at 409 Harleysville Pike, identified as Store Number 02479, individually, jointly, and severally, by and through their agents, servants, workman, or employees who were acting within the course and scope of their employment by Defendants in furtherance of Defendants' business.

**Jurisdiction and Venue**

7. Jurisdiction is proper in this Court, pursuant to 42 Pa.C.S. § 5931, as this Court has unlimited original jurisdiction over civil actions.

8. Venue is proper in Montgomery County pursuant to Pa.R.C.P. 2179 because the cause of action arose in Montgomery County and the Defendant regularly conducts business in Montgomery County.

**Factual Allegations**

9. On or about September 14, 2024, Plaintiff was lawfully on the premises as a customer of Defendant CVS Pharmacy located at 409 Harleysville Pike, Souderton, Montgomery County, Pennsylvania.

10. While walking in an aisle of the pharmacy, Plaintiff tripped and fell on a storage container, approximately eighteen inches in height, left at the end of the aisle, protruding into the aisle in which Plaintiff was walking. See Exhibit A, attached.

11. As a direct and proximate result of the fall, Plaintiff suffered serious personal injuries, including, but not limited to:

(a) A right tibial plateau fracture;

(b) A right distal radius fracture, which required two surgeries to fix;

(c) Permanent scarring/disfigurement;

(d) Pain;

Case# 2025-22446-0 Docketed at Montgomery County Prothonotary on 09/08/2025 2:20 PM, Fee = $303.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

(e) Multiple trauma; and

(f) Mental anguish

12. Plaintiff's fall was caused exclusively and solely by Defendants' negligence and carelessness in that Defendants:

(a) Caused or permitted a danger to remain in the aisle of the retail pharmacy, such that it created an unreasonable risk of injury to Plaintiff, and other patrons and business invitees;

(b) Failed to make reasonable inspection of the retail pharmacy, including but not limited to the aisles, which would have revealed the existence of the dangerous condition;

(c) Failed to properly inspect the area in which Plaintiff fell;

(d) Failed to correct the defective or hazardous condition, specifically where Plaintiff fell and before Plaintiff tripped over the hazard;

(e) Failed to warn customers, including Plaintiff, of the dangerous condition; and

(f) Failed to exercise reasonable control in the operation and safety of the premises under the circumstances.

**COUNT I**
**Negligence—Premises Liability**
***Plaintiff v. All Defendants***

13. The allegations of the foregoing Paragraphs "1" through "12" are hereby incorporated by reference as though more fully set forth herein *in extenso*.

14. Defendants, by and through their agents, servants, and/or employees, who were then and there engaged in Defendants' business and acting within the course and scope of their employment or authority, maintained the interior of the aforementioned retail pharmacy location.

Case# 2025-22446-0 Docketed at Montgomery County Prothonotary on 09/08/2025 2:20 PM, Fee = $303.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

15. At all times mentioned herein, it is believed, and therefore averred, that Defendants jointly maintained the interior of the CVS retail pharmacy location.

16. Defendants owed a duty of care to business invitees, including Plaintiff, to maintain the premises in a reasonably safe condition.

17. Defendants negligence and failing to correct the above dangerous condition created a certain hazard to Plaintiff and other business invitees.

18. Defendants breached their duty of care by allowing the dangerous condition to exist and failing to take reasonable measures to remedy or to warn against same.

19. As a direct and proximate result of Defendants' negligence, Plaintiff sustained serious injuries, pain, and suffering, medical expenses, lost wages, and other damages.

20. The injuries to Plaintiff, as set forth above, may, and probably will be, permanent, irreparable, and severe.

**WHEREFORE**, Plaintiff demands judgment against Defendants, jointly, severally, and individually, in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which is above the jurisdictional amount for compulsory arbitration, together with interest and costs.

Respectfully submitted,

**RUBIN, GLICKMAN, STEINBERG AND GIFFORD, P.C.**

By: ______________________
William E. Moore
Attorney for Plaintiff

Dated: 9/8/25

Case# 2025-22446-0 Docketed at Montgomery County Prothonotary on 09/08/2025 2:20 PM, Fee = $303.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**VERIFICATION**

I, Susan Hanna, Plaintiff, in the within action, state that the facts set forth in the foregoing Complaint are true, correct and accurate to the best of my knowledge, information and belief. I understand that the statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Susan Hanna

Susan Hanna

Dated: 9/5/2025

Case# 2025-22446-0 Docketed at Montgomery County Prothonotary on 09/08/2025 2:20 PM, Fee = $303.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# EXHIBIT A

Case# 2025-22446-0 Docketed at Montgomery County Prothonotary on 09/08/2025 2:20 PM, Fee = $303.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

